IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **MICHAEL WILTZ,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| **V.** | § | NO. 1:04-CV-295 |
| | § | |
| | § | |
| **ORANGE COUNTY, TEXAS;** | § | |
| **MIKE WHITE, In His Official** | § | |
| **Capacity as Sheriff of Orange** | § | |
| **County;** | § | |
| **RALPH OSBORNE, In His Official** | § | |
| **Capacity as Captain in the** | § | |
| **Orange County Sheriff's** | § | |
| **Department; and** | § | |
| **KEVIN P. SORGE, Individually and** | § | |
| **In His Official Capacity** | § | |
| **as Deputy,** | § | |
| | § | |
| **Defendants** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings under Beaumont General Order 04-06. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 4th day of November, 2005.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE